UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIN WANG *and* YAN QIU ZHANG,

                  Plaintiffs,

-against-

LEO CHULIYA, LTD, *doing business as* FANTASY CUISINE, AUSTIN CHU, JANE CHEN *also known as* MRS. CHEN, *and* DUMPLING PLUS CORP., *doing business as* DUMPLING + NOODLE,

                  Defendants.

**ORDER**

20 Civ. 10395 (ER)

      The court-ordered mediation held in this case was unsuccessful. Doc. 52. The parties are directed to appear for a telephonic status conference to discuss whether the parties want to proceed to summary judgment motion briefing or trial on October 11, 2022 at 3:30 p.m. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

      SO ORDERED.

Dated:   September 19, 2022
            New York, New York

                                                        Edgardo Ramos, U.S.D.J.