UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIN WANG and YAN QIU ZHANG,<br><br>                    Plaintiffs,<br><br>            -against-<br><br>LEO CHULIYA, LTD d/b/a FANTASY CUISINE et al.,<br><br>                    Defendants. | 20-CV-10395 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a post-discovery, pretrial conference on **December 14, 2022** at **1:30 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  To the extent any party wishes to move for summary judgment, they shall file a pre-motion letter by **November 30, 2022**.  Responses shall be due by **December 7, 2022**.  *See* Rochon Individual Rules of Civil Practices 3(III)(i).

Dated: November 16, 2022
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge