UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIN WANG et al., | |
|                         Plaintiffs, | |
| -against- | 20-cv-10395 (JLR) |
| LEO CHULIYA, LTD et al., | **ORDER** |
|                         Defendants. | |

JENNIFER L. ROCHON, United States District Judge:

On November 28, 2022, the Court scheduled a conference for February 1, 2023 at 2:00PM. ECF No. 56. In that same order, the Court set deadlines for the filing of pre-motion letters and replies. *Id.* The Court did not receive any requests to adjourn the Conference. Defendants filed a pre-motion letter on December 9, 2022 according to the Court's deadline. ECF No. 61.

Plaintiffs did not file a reply on December 16, 2022. As a courtesy, on January 26, 2023, the Court allowed Plaintiffs to file a response to Defendants' pre-motion letter by January 30, 2023. ECF No. 62. Plaintiffs filed a response by the extended deadline. ECF No. 63.

On February 1, 2023, Plaintiffs did not appear before the Court at the scheduled conference. Defendants were present. No prior explanation was offered for Plaintiffs' absence before the Court.

The conference is rescheduled to **February 9, 2023** at **2:30PM** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. Plaintiffs are advised that the Court will not abide by further failures to meet deadlines or appear at scheduled conferences.

Dated: February 2, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge