UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BIN WANG and YAN QIU ZHANG,

                              **Plaintiffs,**

    -v-

LEO CHULIYA, LTD d/b/a Fantasy Cuisine,
DUMPLING PLUS CORP. d/b/a Dumping +
Noodle, AUSTIN CHU, a/k/a Auston Chu,
a/k/a Chiahung Chu, a/k/a Chia-Hung Chu,
a/k/a Chia Hung Chu and IWEN CHEN,
a/k/a I Wen Chen, a/k/a I-Wen Chen,
a/k/a Yvonne Chen, a/k/a Jane Chen,
a/k/a Mrs. Chen,

                              **Defendants**
---------------------------------------------------------X

20 Civ. 10395 (JLR)

ORDER TO MODIFY
CAPTION/IDENTITY
OF PROPER PARTIES

      IT IS HEREBY ORDERED, that the Caption shall be amended to remove IWEN CHEN a/k/a I Wen Chen, a/k/a I-Wen Chen, a/k/a Yvonne Chen, a/k/a Jane Chen, a/k/a/ Mrs. Chen, as a Defendant from the Caption. The amended caption shall read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BIN WANG and YAN QIU ZHANG,

                              **Plaintiffs,**

    -v-

LEO CHULIYA, LTD d/b/a Fantasy Cuisine,
DUMPLING PLUS CORP. d/b/a Dumping +
Noodle and AUSTIN CHU, a/k/a Auston Chu,
a/k/a Chiahung Chu, a/k/a Chia-Hung Chu,
a/k/a Chia Hung Chu

                              **Defendants**
---------------------------------------------------------X

20 Civ. 10395 (JLR)

SO ORDERED:

Dated:  February 2, 2024

_____
Honorable Jennifer L. Rochon
United States District Judge