Law Offices Of
## LEE NUWESRA
One Grand Central Place
60 East 42nd Street, Suite 1027
New York, N.Y. 10165

TEL: (C) 845-553-3238 || (O) (212) 370-8707
lnuwesra@optonline.net

**VIA ECF**

March 4, 2024

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The request is GRANTED.  The parties shall submit their joint pretrial materials and any motions *in limine* by March 12, 2024.
>
> **SO ORDERED.**
>
> Dated: March 5, 2024
>         New York, New York
>
> _/s/ Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Wang et al. v Leo Chuliya, Ltd. et al.*, 20-cv-10395 (JLR)

Dear Judge Rochon:

The undersigned Sole Practitioner represents Defendants in the above referenced matter. I respectfully submit this Letter Application, with Plaintiffs' Counsel's consent. As this Honorable Court is aware, the Proposed Joint Pretrial Order ("JPTO"), and other ancillary filings including Motions in Limine are due tomorrow, 3-5-2024.

In accordance with Your Honor's Individual Rule 1F, we respectfully request a very brief extension of time until Tuesday, 3-12-2024, to submit the Parties' Proposed JPTO, Set of Jury Instructions, Voir Dire Questions, and Verdict Sheet. This request will not affect any other scheduling.  Defendants have previously requested an extension of time, which was graciously Granted by Your Honor.  This additional time will allow the Parties to further narrow their differences

We thank this Honorable Court for its attention and consideration of this Application.

Respectfully Submitted,

/s/
Lee Nuwesra, Esq.

LN:an
cc:  All Counsel of Record (Via ECF)