Law Offices Of
# LEE NUWESRA
One Grand Central Place
60 East 42ⁿᵈ Street, Suite 1027
New York, N.Y. 10165

TEL: (C) 845-553-3238 || (O) (212) 370-8707
lnuwesra@optonline.net

**VIA ECF**

March 12, 2024

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The request is GRANTED. The parties shall submit their joint pretrial materials and any motions *in limine* by **March 15, 2024**.
>
> Dated: March 12, 2024
>        New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Wang et al. v Leo Chuliya, Ltd. et al*., 20-cv-10395 (JLR)

Dear Judge Rochon:

The undersigned Sole Practitioner represents Defendants in the above referenced matter. I respectfully submit this Joint Letter Application, on behalf of the Parties in this action. As this Honorable Court is aware, the Proposed Joint Pretrial Order ("JPTO"), and other ancillary filings including Motions in Limine are due today, 3-12-2024.

Counsel for the Parties have been diligently, and in good faith, working on their Joint Proposed Submission the this Honorable Court. As a matter of fact, we met and conferred this morning, at 10:15 a.m. to resolve our final differences with regard to our Motions in limine issues, in accordance with Your Honor's Individual Rule 5B(i), and resolved the same.

In accordance with Your Honor's Individual Rule 1F, the Parties respectfully request a very brief extension of time until Friday, 3-15-2024, to submit the Parties' Proposed JPTO, Set of Jury Instructions, Voir Dire Questions, and Verdict Sheet. This request will not affect any other scheduling. This is the first Joint Request for an extension of time. This additional time will allow the Parties to further narrow their differences, and incorporate their most recent agreements in the Joint Submissions.

The Parties' Counsel thank this Honorable Court for its attention and consideration of this Application.

Respectfully Submitted,

/s/
Lee Nuwesra, Esq.

LN:an
cc: All Counsel of Record (Via ECF)