UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIN WANG and YAN QIU ZHANG,

                  Plaintiffs,

-against-

LEO CHULIYA, LTD d/b/a Fantasy Cuisine, et al.,

                  Defendants.

No. 1:20-cv-10395 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    Ricardo R. Morel, former counsel for Plaintiffs, has requested that a charging lien in the amount of $10,395.69 be placed on the proceeds in this action pursuant to New York Judiciary Law Section 475 ("Section 475"). ECF No. 104. Plaintiffs' current counsel has advised that they do not oppose the request. ECF No. 111.

    Section 475 "governs attorneys' charging liens in federal courts sitting in New York." *Itar-Tass Russian News Agency v. Russian Kurier, Inc.*, 140 F.3d 442, 448 (2d Cir. 1998); *accord Emile v. Ethical Culture Fieldston Sch.*, No. 21-cv-03799 (JPO), 2024 WL 1216473, at *3 (S.D.N.Y. Mar. 21, 2024). Section 475 provides that "[f]rom the commencement of an action . . . in any court . . . the attorney who appears for a party has a lien upon his or her client's cause of action, claim or counterclaim, which attaches to a verdict, report, determination, decision, award, settlement, judgment or final order in his or her client's favor, and the proceeds thereof in whatever hands they may come . . . The court upon the petition of the client or attorney may determine and enforce the lien."

    Here, the request for the lien is unopposed, and the requirements of Section 475 have been met. Accordingly, the request is GRANTED. A charging lien in favor of Ricardo R. Morel in the amount of $10,395.69 is placed on the proceeds of any ultimate recovery by Plaintiffs. The Clerk of Court is respectfully directed to CLOSE the motion pending at ECF No. 104.

Dated: April 15, 2024
       New York, New York

                                                        SO ORDERED.

                                                        *Jennifer Rochon*
                                                        JENNIFER L. ROCHON
                                                        United States District Judge