UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIN WANG and YAN QIU ZHANG,<br><br>                      Plaintiffs,<br><br>-against-<br><br>LEO CHULIYA, LTD., AUSTIN CHU, and DUMPLING PLUS CORP.,<br><br>                      Defendants. | No. 1:20-cv-10395 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Following the trial in this action, which commenced on May 14, 2024 and concluded on May 20, 2024, the jury determined that Dumpling Plus Corp. was not Plaintiffs' employer under the FLSA or the NYLL. *See* ECF No. 120 at 120 ¶ 1 (jury verdict form). Accordingly, the Clerk of Court is respectfully directed to enter judgment in favor of Dumpling Plus Corp. and against Plaintiffs. Dumpling Plus Corp. is hereby dismissed with prejudice.

Additionally, the Court has been informed that the remaining two defendants in this action, Leo Chuliya, Ltd. and Austin Chu, have both filed for bankruptcy. *See* ECF Nos. 123, 125. Accordingly, this proceeding is now subject to the automatic bankruptcy stay. The Clerk of Court is respectfully directed to mark the docket as stayed. Defendants shall promptly inform the Court when the stay may be lifted, and shall file status letters with the Court every four months until the bankruptcy stay is lifted.

Dated: June 27, 2024
       New York, New York

                                                   SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge