**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BIN WANG and YAN QIU ZHANG,

                Plaintiffs,            20 **CIVIL** 10395 (JLR)

     -against-                            **JUDGMENT**

LEO CHULIYA, LTD., AUSTIN CHU, and
DUMPLING PLUS CORP.,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 27, 2024, the jury determined that Dumpling Plus Corp. was not Plaintiffs' employer under the FLSA or the NYLL. See ECF No. 120 at 120 paragraph 1 (jury verdict form). Accordingly, judgment is entered in favor of Dumpling Plus Corp. and against Plaintiffs. Dumpling Plus Corp. is hereby dismissed with prejudice.

**DATED:**  New York, New York
              June 28, 2024

                                              **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                    **BY:**
                                        **Deputy Clerk**